

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2014

No. 04-14-00364-CV

**IN THE MATTER OF THE MARRIAGE OF A.L.F.L. AND K.L.L. AND IN THE INTEREST OF K.A.F.L., A CHILD**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02421
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

On June 13, 2014, appellee filed a motion to dismiss appellant's appeal for want of jurisdiction. The court requests that appellant file a response to the motion to dismiss on or before **June 30, 2014** including supporting authorities to establish the appellant's right to appeal in light of the trial court's order granting the motion to strike appellant as a party.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2014.

Keith E. Hottle
Clerk of Court